

## APPEARANCE FORM FOR PRO SE LITIGANTS
## DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: REGINALD OSBORNE, PRO SE
(Please print)

STREET ADDRESS: 2308 S. 21ST AVE

CITY/STATE/ZIP: BROADVIEW, IL. 60155

PHONE NUMBER: (708) 785-2924

CASE NUMBER:  08CV3429
JUDGE DARRAH
MAG. JUDGE VALDEZ

Reginald Osborne                      6-13-08
Signature                               Date

FILED
JUN 13 2008
June 13, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT